IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Warren Williams,

        *Plaintiff,*

  v.

County of Delaware, et al,

        *Defendants.*

CIVIL ACTION
NO. 25-465

## ORDER

**AND NOW**, this 17th day of April 2025, upon consideration of the Motion to Dismiss by Delaware County, Laura Williams, Lisa Mastroddi and Donna Mellon (ECF No. 11), Williams's Response thereto (ECF No. 14), the Motion to Dismiss by Walter Brick-Tripp (ECF No. 16), and Williams's response thereto (ECF No. 15), it is **ORDERED** that the County Defendants' Motion is **GRANTED in part** and Brick-Tripp's Motion is **GRANTED**:

1. Williams's § 1983 claims against the County Defendants and Brick-Tripp are **DISMISSED without prejudice**;

2. Williams's negligence claim against Brick-Tripp is **DISMISSED** in accordance with Williams's withdrawal of that claim;

3. Williams may file a Second Amended Complaint **on or before May 1, 2025**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.